IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KALU ORJI KALU,                     :
                                    :
        Petitioner                  :
                                    :
    v.                              :   CIVIL NO. 4:17-CV-506
                                    :
CRAIG LOWE, ET AL.,                 :   (Judge Brann)
                                    :
        Respondents                 :

**ORDER**

MAY 3, 2017

In accordance with the accompanying Memorandum, **IT IS HEREBY**

**ORDERED THAT**:

1.      The  petition for writ of habeas corpus is **GRANTED**.

2.      Petitioner shall be provided an individualized bond hearing before an

        immigration judge within thirty (30) days of this Order.

3.      Petitioner's motion seeking consideration of attached exhibits (Doc.

        6) is **GRANTED** and his submissions are accepted**.**

4.      The Petitioner's motion to expedite (Doc. 3) is **DISMISSED AS**

        **MOOT.**

5.     The Clerk of Court is directed to **CLOSE** the case.


                         BY THE COURT


                         s/  Matthew W. Brann
                         Matthew W. Brann
                         United States District Judge